THOMAS E. MOSS, IDAHO BAR NO. 1058
UNITED STATES ATTORNEY
RAFAEL M. GONZALEZ, JR.
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 PARK BOULEVARD, SUITE 600
BOISE, IDAHO  83712-9903
TELEPHONE (208) 334-1211
FAX: (208) 334-1413

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No.  07-053-S-BLW |
| Plaintiff, | ) |
| vs. | ) **MOTION FOR DETENTION** |
| MIGUEL ANGEL FERNANDEZ-VALENCIA, a/k/a  JORGE VALENCIA-HERRERA, | ) |
| Defendant. | ) |

    The United States, by and through Thomas E. Moss, United States Attorney for the District of Idaho, and the undersigned Assistant United States Attorney for the District of Idaho, moves the Court, pursuant to 18 U.S.C. §§ 3142(a)(4) and 3142(e), for an order directing that a hearing be held for the purpose of holding defendant Jorge Valencia-Herrera a/k/a Miguel Angel Fernandez-Valencia  without bail prior to trial.

**MOTION FOR DETENTION -  1**  October 2006

( )     Pursuant to Title 18 U.S.C. § 3142(f), the United States asks for a continuance of _____ days from the date of the defendant's first appearance before a judicial officer. The continuance is requested in order for an Assistant United States Attorney to prepare for the Detention Hearing, and arrange for witnesses;

The prosecution will introduce evidence as follows pursuant to the specific sections of Title 18, U.S.C., as indicated:

( )     § 3142(f)(1)(A) - a crime of violence;

( )     § 3142(f)(1)(B) - an offense for which the maximum sentence is life imprisonment or death;

( )     § 3142(f)(1)(C) - an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. § 801, et seq.), the Controlled Substances Import and Export Act (21 U.S.C. § 951, et seq.), or Section 1 of the Act of September 15, 1980 (21 U.S.C. § 955a);

( )     § 3142(f)(1)(D) - any felony committed after the person had been convicted of two or more prior offenses described in § 3142(f)(1)(A) through (C), or two or more State or local offenses that would have been offenses described in § 3142(f)(1)(A) through (C) if a circumstance giving rise to Federal jurisdiction had existed;

( )     § 3142(f)(1)(E) - any felony that is not otherwise a crime of violence that (1) involves a minor victim or that (2) involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or (3) involves a failure to register under section 2250 of Title 18, United States Code;

(X)     § 3142(f)(2)(A) - a serious risk that the person will flee;

    (X)    § 3142(f)(2)(B) - a serious risk that the person will:

        ( )    obstruct or attempt to obstruct justice, or

        ( )    threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror; or

        (X)    otherwise pose a danger to any other person or the community.

RESPECTFULLY submitted this 11th day of October, 2007.

        THOMAS E. MOSS
        United States Attorney
        By:


        /S/ RAFAEL M. GONZALEZ, JR.
        Assistant United States Attorney