Robert K. Schwarz
FEDERAL DEFENDER SERVICES OF IDAHO, INC.
350 North 9th Street, Suite #300
Boise, ID  83702
Telephone:	(208) 388-1600
Facsimile:	(208) 388-1757

Attorney for Defendant
MIGUEL ANGEL FERNANDEZ-VALENCIA

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
(Honorable B. Lynn Winmill)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR07-053-S-BLW |
| Plaintiff, ) | |
| ) | NOTICE OF INTENT TO |
| v. ) | PLEAD GUILTY |
| MIGUEL ANGEL FERNANDEZ-VALENCIA, ) | |
| Defendant. ) | |

COMES NOW, the defendant, MIGUEL ANGEL FERNANDEZ-VALENCIA, by and through his counsel of record, Robert K. Schwarz and the FEDERAL DEFENDER SERVICES OF IDAHO, respectfully notifies the Court that it is his intention to enter a plea of guilty to the charge in this Indictment as soon as the Court can arrange for an appropriate date to do so.

RESPECTFULLY SUBMITTED THIS 22nd day of January, 2008.

/s/_____
Robert K. Schwarz
FEDERAL DEFENDER SERVICES OF IDAHO
Attorney for Defendant
MIGUEL ANGEL FERNANDEZ-VALENCIA