U.S. COURTS

MAY 3 0 2008

Rcvd_____Filed_____Time_____
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

## UNITED STATES DISTRICT COURT DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. CR 07-053-S-BLW |
| vs. ) | |
| JORGE VALENCIA-HERRERA aka ) | |
| MIGUEL ANGEL FERNANDEZ-VALENCIA ) | |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney for the District of Idaho hereby makes application to the Court for the issuance of a writ of habeas corpus

☒ ad Prosequendum     ☐ ad Testificandum

Name of Detainee: Jorge Valencia-Herrera aka Miguel Angel Fernandez-Valencia
ISCI No. 58558, DOB 31-JAN-1982  SSN: N/A

Custodian: Idaho State Department of Correction, Boise, Idaho (208) 658-2056

The detainee is: ☒ charged in this district by ___Indictment___
(Indictment/Information/Complaint)

**or**

☐ is a witness not otherwise available by the ordinary process of the court.

Appearance is necessary on: Wednesday, October 10, 2007, 11:00 a.m., Boise, Idaho
(date, time & city)

Before ___Hon. Mikel H. Williams, Chief U.S. Magistrate Judge___
(Judicial Officer)

DATED: September 26, 2007

RAFAEL M. GONZALEZ, JR.
Assistant United States Attorney

### WRIT OF HABEAS CORPUS

☒ ad Prosequendum     ☐ ad Testificandum

The application is GRANTED and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee on the date and time listed above and for any further proceedings to be held in this cause. At the conclusion of these proceedings the United States Marshal shall return the detainee to the above-named custodian.

DATED: Oct 2, 2007

CHIEF UNITED STATES MAGISTRATE JUDGE

FAXED
DATE: 10/4/07
Initials: P.U___

I have (partially) (fully) executed the within
WH<A/ _____ by receiving the body of
Jose Valencia-Rivera
On 10/10/07, and delivering him/her to
US District Ct + Rel
to BCI ___ on 10/N/__
Expenses:                United States Marshal
                BY: _____
                Deputy U. S. Marshal

I have (partially) (fully) executed the within
WH Cnr _____ by receiving the body of
Jan Valcrese-Riyeu
On 5/24/08, and delivering him/her to
US Dst Ct for SE & Ret
to ICC ___ on 5/29/08
Expenses:                United States Marshal
                BY: _____
                Deputy U. S. Marshal